IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| GEORGE FORSYTH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File No.: |
| | ) | _____ |
| v. | ) | |
| | ) | |
| | ) | |
| | ) | |
| ORKIN, LLC; CWH PROPERTIES, LLC; | ) | **NOTICE OF REMOVAL** |
| and BRIAN CLARK, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

TO: THE HONORABLE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA, AUGUSTA DIVISION

NOW COMES the defendant Brian Clark, pursuant to 28 U.S.C. §§ 1441 and 1446, and gives notice to this Court, to the Clerk of the Superior Court of Columbia County, Georgia, and to the plaintiff, acting pro se, of the removal of that certain cause of action commenced in the Superior Court of Columbia County, Georgia and being styled "George Forsyth v. Orkin, LLC; CWH Properties, LLC; and Brian Clark," Civil Action No. 2020ECV0719 (the "state court action") and respectfully shows the Court as follows:

1. The plaintiff has filed a Complaint and an Amended Complaint against the defendants in the Superior Court of Columbia County, Georgia, being styled Civil Action No. 2020ECV0719.

2. The plaintiff filed his Summonses and Complaint in the Superior Court of Columbia County, Georgia on November 25, 2020. Copies of the Summonses are attached as

Exhibits "A" through "C". A copy of the Complaint is attached as Exhibit "D". The following additional documents or pleadings have been filed in the case: Sheriff's Entry of Service – CWH Properties, LLC (unexecuted), which is attached as Exhibit "E"; Sheriff's Entry of Service – Brian Clark (unexecuted), which is attached as Exhibit "F"; Sheriff's Entry of Service – Orkin, LLC (unexecuted), which is attached as Exhibit "G"; General Civil and Domestic Relations Case Filing Information Form, which is attached as Exhibit "H"; Proposed Standing Order for Mediation in Civil Cases, which is attached as Exhibit "I"; Standing Order for Mediation in Civil Cases, which is attached as Exhibit "J"; Affidavit of Service – Brian Clark, which is attached as Exhibit "K"; Affidavit of Service – Orkin, LLC, which is attached as Exhibit "L"; Sheriff's Entry of Service – Brian Clark, which is attached as Exhibit "M"; Sheriff's Entry of Service – CWH Properties, LLC (Non Est), which is attached as Exhibit "N"; Sheriff's Entry of Service – Orkin, LLC, which is attached as Exhibit "O"; Affidavit of Non-Service – CWH Properties, LLC, which is attached as Exhibit "P"; Affidavit of Service – CWH Properties, LLC, which is attached as Exhibit "Q"; Answer of Defendants Orkin, LLC and CWH Properties, LLC, which is attached as Exhibit "R"; Answer of Defendant Brian Clark, which is attached as Exhibit "S"; Amended Complaint, which is attached as Exhibit "T"; Motion for Summary Judgment Against Defendants Orkin, LLC, CWH Properties, and Brian Clark, which is attached as Exhibit "U"; Memorandum of Law and Supporting Evidence, which is attached as Exhibit "V"; and Plaintiff's Statement of Theories of Recovery and Undisputed Material Facts in Support of Motion for Summary Judgment Against Orkin, LLC, CWH Properties, and Brian Clark, which is attached as Exhibit "W". No other process, pleadings, or orders have been served upon these defendants in this action.

3. The Affidavits of Service and Sheriff's Entries of Service attached as Exhibits "K" through "Q" reflect that the earliest date of service of the plaintiff's Summons and Complaint upon any defendant was December 3, 2020, when the defendant Orkin, LLC was served with process.

4. In his Complaint and Amended Complaint, the plaintiff alleges that he seeks relief pursuant to the Americans with Disabilities Act, a federal statute.

5. Original subject matter jurisdiction over the plaintiff's claim exists in this Court under the provisions of 28 U.S.C. § 1331.  Accordingly, this claim may be removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

6. The plaintiff's Complaint and Amended Complaint also appear to contain state law claims under provisions of Georgia law.  These state law claims are so related to the plaintiff's claims arising under the laws of the United States that they form part of the same case or controversy under Article III of the United States Constitution.  Supplemental jurisdiction over these state law claims thus exists in this Court under the provisions of 28 U.S.C. § 1367(a). Accordingly, these claims may be removed to this Court pursuant to the provisions of 28 U.S.C. §§ 1367, 1441, and 1446.

7. All defendants who have been served consent to this removal as evidenced by the signatures of their undersigned counsel. In particular, co-defendants Orkin, LLC and CWH Properties, LLC have expressly consented to the removal of this action as evidenced by the signature of their undersigned counsel.

8. This Notice of Removal is timely filed under the provisions of 28 U.S.C. § 1446(b), having been filed within 30 days after receipt of the Complaint by these defendants.

9. Counsel for the defendant Brian Clark hereby certifies that this Notice of Removal is signed pursuant to Fed. R. Civ. P. 11.

WHEREFORE, the defendant Brian Clark prays that the above-referenced action now pending against him in the Superior Court of Columbia County, Georgia be removed to the United States District Court for the Southern District of Georgia, Augusta Division. All defendants expressly consent to the removal in accordance with applicable law.

This 4 day of January, 2021.

/s/ James B. Ellington
James B. Ellington
Georgia Bar No. 243858
Attorney for Defendant Brian Clark

OF COUNSEL:
HULL BARRETT, PC
Post Office Box 1564
Augusta, Georgia 30903
(706) 722-4481 telephone
(706) 722-9779 facsimile
jellington@hullbarrett.com


CONSENTED TO BY:

/s/ Kyle B. Waddell
Kyle B. Waddell
Georgia Bar No. 676825
Attorney for Defendants Orkin, LLC and
CWH Properties, LLC

01433912-1                                              4

OF COUNSEL:
FULCHER HAGLER LLP
One Tenth Street, Suite 700
Augusta, GA 30901
(706) 724-0171 telephone
kwaddell@fulcherlaw.com

# CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing **Notice of Removal** with the Clerk of Court using the NextGen CM/ECF system and served upon counsel of record by electronic filing as follows:

> Kyle B. Waddell
> Fulcher Hagler LLP
> One Tenth Street, Suite 700
> Augusta, GA 30901

and upon the plaintiff, pro se, by depositing a copy of same in the United States Mail with proper postage affixed thereto to ensure proper delivery to the following:

> George Forsyth
> 3941 Parwood Road
> Blythe, GA 30805

This 4 day of January, 2021.

/s/ James B. Ellington
James B. Ellington
