📧 EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COLUMBIA COUNTY, GEORGIA
**2020ECV0719**

NOV 25, 2020 10:07 AM

Cindy Mason, Clerk
Columbia County, Georgia

IN THE SUPERIOR COURT OF COLUMBIA COUNTY
STATE OF GEORGIA

| | |
|---|---|
| GEORGE FORSYTH, ) | |
| ) | |
| Plaintiff. ) | |
| ) | CIVIL ACTION |
| v ) | FILE NO |
| ) | |
| ORKIN, LLC ) | |
| CWH Properties, LLC ) | |
| Brian Clark ) | |
| ) | **COMPLAINT FOR DAMAGES** |
| Defendants ) | |

## PARTIES JURISDICTION AND VENUE

Plaintiff George Paul Forsyth, MD, represented pro se, files this complaint against Orkin, LLC, CWH Properties, LLC, Brian Clark Chief Fire Marshal of Columbia County in Georgia, Joshua Crockett Deputy Fire Marshal and Plans Examiner of Columbia County in Georgia and Megan Thompson Plan Review Specialist in Columbia County in Georgia.

Orkin, LLC, Tenant, may be served at 4282 Belair Frontage Road, Augusta, Georgia.

CWH Properties, Landlord, may be served at 4282 Belair Frontage Road, Augusta, Georgia.

Brian Clark may be served at the Fire Marshals Office in Municipal Building A, 630 Ronald Reagan Drive in Evans, Georgia.

Venue is proper in Columbia County for the defendants per O.C.G.A. 9-10-93. Jurisdiction is proper as damages to the plaintiff occurred in Columbia County at 4282 Belair Frontage Road, Augusta, Ga where the business of the tenant Orkin, LLC is located and where CWH Properties, Inc is the landlord. Brian Clark is the Chief Fire Marshal and is an employee of the State of Georgia as part


EXHIBIT D

of the Fire Marshals Office in Columbia County, Ga.

## FACTS

Plaintiff fell and was injured on 1 February 2020 at the entrance to Orkin, LLC located at 4282 Frontage Road Augusta. Plaintiff at the time of the fall was elderly and disabled. As a result of this fall and associated injury, the Plaintiff developed Complex Regional Pain Syndrome.

## LEGAL CLAIMS

Legal claims include the failure of Orkin, LLC and CWH Properties to implement compliant public building accessibility for the elderly and disabled per Georgia State Statures 30-3-1 thru 30-3-9 and failed to implement compliant access per Federal Statute the Americans with Disabilities Act.

The legal claim also includes the failure of the Fire Marshals of Columbia County Georgia to enforce O.C.G.A. 30-3-1 thru 30-3-9 which was part of their ministerial duties per O.C.G.A 30-3-1 thru 30-3-9.

Punitive damages as justified per the conclusion by Derek Hodgin in his Affidavit and per evidence contained in the emails that were sent by the Chief Fire Marshal and Attorney for Columbia County, Chris Driver, to the Plaintiff.

## DAMAGES

$3.1 million in compensatory damages and $250,000 in punitive damages.

Respectfully submitted this 25$^h$ day of November 2020

*[signature]*

GEORGE FORSYTH
3941 Parwood Road
Blythe, Georgia
nforsyth2@comcast.net
cell 404 909 3993