IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHER DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| GEORGE FORSYTH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | Civil Action File No. |
| | ) | 1:1-cv-00002 |
| | ) | |
| | ) | |
| | ) | |
| ORKIN, LLC; CWH PROPERIES,LLC; | ) | |
| AND BRIAN CLARK; | ) | |
| | ) | |
| Defendants. | ) | |

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2021 MAR -1  P 3: 48

CLERK_____
SO. DIST. OF GA.

## MOTION TO COMPEL

Comes the Plaintiff George Forsyth and files this Motion to Compel, requesting the production of insurance agreements by the Defendant Brian Clark, Chief Fire Marshal of Columbia County, Georgia.

In the Rule 26 Disclosure filing submitted to the Plaintiff on 8 February 2021 the Defendant's legal counsel James Ellington submitted under Rule 26(a)(1)(A)(iv):

> "This defendant is provided coverage through Columbia County's participation in the Association County Commissioner of Georgia – Interlocal Risk Management Agency (IRMA), which is a risk sharing agreement amount Georgia county governments. IRMA is not considered an insurance company of an insurer under Georgia law."

The following is the summary from the ACCG website about the IRMA product:

*ACCG Insurance Property & Liability*





**The nature of county government employment create unique exposure to property and liability risks. Let ACCG help manage this risk and provide for your property and liability needs.**

ACCG Interlocal Risk Management Agency is a pooled risk-sharing program designed to fill the needs of county governments and authorities for property and liability coverage. The members join together in contributing towards the ACCG – IRMA Fund, which is dedicated to providing cost-effective risk financing, greater stability, more flexibility, and quality loss control services. The Fund is owned by its members and is managed by a seven-member Board of Trustees who are representatives from participating counties.

Since its inception in 1987 at the request of Georgia county governments, Georgia law allowed county governments to pool their resources by forming a non-profit insurance fund as an efficient method of financing insurable risks, which ultimately reduces insurance costs for the members. The Georgia legislature has authorized the ACCG - IRMA to allow county authorities, regional development centers, libraries, and other similar government entities to participate in the fund. The ACCG – IRMA operates under the authority of the Official Code of Georgia Annotated, et seq. 36-85-20, and is regulated by the Office of the Commissioner of Insurance for the State of Georgia. The ACCG – IRMA is sponsored and administered by the Association County Commissioners of Georgia (ACCG).

The ACCG – IRMA estimates the anticipated losses for its members. The insurance premiums, which are allocated for the anticipated losses, are deposited and invested until such time that they are needed to pay claims. The funds not used to pay claims and operating expenses, and the investment income earned on the premium belong to the membership. Dividends are possible because of favorable results in the investment of premium dollars, and the successful management efforts on the part of the counties and authorities in reducing exposure by promoting safety and implementing loss control techniques.

The fund began with an initial membership of 14 counties. Today, ACCG provides property and liability coverage to approximately three-fourths of Georgia's counties, more than all other insurers combined. ACCG – IRMA has returned over $38 million in dividends to its members.

This information proves that ACCG-IRMA, along with the additional coverage provided by County Reinsurance Limited (which is an insurance company), are insurance businesses; which is what Rule 26 (a)(1)(a)(iv) Disclosure requires.

Respectfully submitted this 1st day of March 2021.

George Forsyth
Pro Se Plaintiff
3941 Parwood Road
Blythe, Georgia 30805
nforsyth2@comcast.net
Cell 404 909 3993

### CERTIFICATE OF SERVICE

I certify that I have delivered a copy of this Motion via email and US Mail to Kyle Waddell, counsel for Orkin, LLC and CWH Properties, LLC and to James Ellington, counsel for Brian Clark this 1st day of March 2021

George Forsyth
Pro Se Plaintiff
3941 Parwood Road
Blythe, Georgia 30805
nforsyth2@comcast.net
Cell 404 909 3993

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

GEORGE FORSYTH, )
)
Plaintiff, )
)
)
v )
) Civil Action File No.
) 1:21-CV-2
)
)
ORKIN, LLC, CWH PROPERTIES, LLC, )
and BRIAN CLARK, )
)
Defendants )
)
)

## CERTIFICATE OF SERVICE

Mr Ellington, please provide to me before 12 PM on 3/1/2021 the insurance agreements for ACCG, IRMA, County Reinsurance Limited, Safety National. This information is required per Rule 26 (a) (1) (A) (iv) disclosure requirements. This is my third and final request before filing a Motion to Compel with the Court in the above Civil Action.

Respectfully submitted this 28th day of February 2021. I certify that I delivered a copy of this document to James Ellington, counsel for Brian Clark this 28th day of February 2021 via email jellington@hullbarrett.com.

George Forsyth
Pro Se Plaintiff
3941 Parwood Road
Blythe, Georgia 30805
nforsyth2@comcast.net
Cell 404 909 3993