IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| GEORGE FORSYTH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 121-002 |
| | ) | |
| ORKIN, LLC; CWH PROPERTIES, LLC; | ) | |
| and BRIAN CLARK, | ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**

_____

The Court **DENIES** Plaintiff's motion to compel, (doc. no. 33), as it runs afoul of Local

Rule 26.5, about which the Court previously informed Plaintiff:

> If Plaintiff wishes to file a motion to compel pursuant to Fed. R. Civ. P. 37, he
> should first contact the attorney(s) for Defendants and try to work out the
> problem; if Plaintiff proceeds with the motion to compel, he should file a
> statement certifying that he has contacted opposing counsel in a good faith effort
> to resolve any dispute about discovery.  Loc. R. 26.5.

(Doc. no. 6, p. 3.)

The duty-to-confer prerequisite is not an empty formality.  Merritt v. Marlin Outdoor

Advert. Ltd., CV 410-053, 2010 WL 3667022, at *4 (S.D. Ga. Sept. 15, 2010).  Failure to

include such good faith certification, or to make the requisite good faith effort, amounts to a

failure to comply with Federal Rule 37(a)(1) and Local Rule 26.5 and warrants denial of the

discovery motion.  See Holloman v. Mail-Well Corp., 443 F.3d 832, 844 (11th Cir. 2006)

(affirming denial of discovery motion based on "a failure to work with the defendants in good

faith" during discovery process); Haynes v. JPMorgan Chase Bank, N.A., 466 F. App'x 763,

765-66 (11th Cir. 2012) (*per curiam*) (affirming denial of motion to compel where movant failed to consult in good faith with opponent before filing motion).  Moreover, weekend emails demanding that defense counsel accede to Plaintiff's request for information "can hardly be considered to qualify as a good faith effort to confer and attempt to resolve a dispute." Whitesell Corp. v. Electrolux Home Prods., Inc., CV 103-050, 2015 WL 5316591, at *5 (S.D. Ga. Sept. 10, 2015) (collecting cases).

In any event, it appears Defendant provided the sought-after information.  (See doc. no. 41.)  If Plaintiff believes he still has a dispute, he should follow the Federal Rules of Civil Procedure, as well as this Court's Local Rules, if he chooses to file another motion to compel.

SO ORDERED this 12th day of March, 2021, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2