IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
GEORGE FORSYTH,              *
                             *
     Plaintiff,              *
                             *
     v.                      *
                             *         CV 121-002
ORKIN, LLC; CWH PROPERTIES,  *
LLC; and BRIAN CLARK,        *
                             *
     Defendants.             *
                             *
```

**O R D E R**

Presently before the Court is Defendants' Motion to Dismiss. (Doc. 68.) After receiving an email from Nancy Forsyth, Plaintiff's spouse, advising Defendants that Plaintiff had passed away (Doc. 57-1), Defendants filed a suggestion of death on May 5, 2021. (Doc. 58.) Ms. Forsyth was personally served with a copy of Defendants' suggestion of death and motion to stay on May 17, 2021. (See Doc. 61.)

Pursuant to Federal Rules of Civil Procedure:

> If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed.

FED. R. CIV. P. 25(a)(1). The 90-day deadline has passed, and Ms. Forsyth has not moved to substitute Plaintiff in this action.

Defendants filed the present motion to dismiss on August 30, 2021, and Ms. Forsyth did not respond. Thus, the Court finds dismissal is proper under Rule 25 and **GRANTS** Defendants' motion. The Clerk is **DIRECTED** to terminate all pending motions and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 14th day of September, 2021.

```
_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
```