AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

GEORGE FORSYTH,

Plaintiff,

v.

ORKIN, LLC; CWH PROPERTIES, LLC; and BRIAN CLARK,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV121-002

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order dated 9/14/21, granting Defendants' motion to dismiss. Judgment is hereby entered directing the Clerk to terminate all pending motions and to close this case.

| 9/14/21 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *[signature]* |
| | (By) Deputy Clerk |

GAS Rev 10/2020